UNITED STATES BANKRUPTCY COURT
Southern District of New York

---------------------------------------------------------x
In re:                                                                              Case No. 06-10468-RDD

KIRTIE REGAN, INC.                                                        ORDER DIRECTING PAYMENT

                                                                                        Fund 6047BK/6133BK
                                                                                        Unclaimed Dividends Transferred
                                                                                        To United States Treasury
---------------------------------------------------------x

On April 16, 2014, the Trustee filed a Statement of Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $7,151.59 for Impac Logistics LLC. The claim held by Impac Logistics LLC was sold and assigned to Pioneer Funding Group, LLC pursuant to an Assignment of Claim Agreement. On October 30, 2015, Pioneer Funding Group, LLC filed a Petition seeking payment of the unclaimed dividend. Accordingly, it is hereby

ORDERED, that the United States Treasury shall issue a check in the amount of $7,151.59 as such person's unclaimed dividend from FUND 6133BK/6047BK, payable to Pioneer Funding Group, LLC and shall send said check to the following address: Greeley Square Station, PO Box 20188, New York, NY 10001.

IT IS SO ORDERED this __17th__ day of __December__, 20_15_.

DATED: NEW YORK, NEW YORK

                                                                                        / S / Hon. Cecelia Morris
_____                                          _____
                                                                                                Bankruptcy Judge