B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re KIRTIE REGAN, INC. ,   Case No. 06-10468 (RDD)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MARCO LIONETTI | SELECT SHOWROOM |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

2 Sutton Place
Smithtown, NY 11787

Phone: 516-338-6868
Last Four Digits of Acct #: _____

Court Claim # (if known): __21-1__
Amount of Claim: __$88,873.89__
Date Claim Filed: __10/05/2006__

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: 3/31/16
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

To:   Clerk, United States Bankruptcy Court, Southern District of New York

For value received, the adequacy and sufficiency of which are hereby acknowledged, Select Showroom ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Marco Lionetti ("Assignee") all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under, or in connection with the claims set forth in proof of claim numbered 21-1 against the estate of Kirtie Regan, Inc., Case No. 06-10468 in the United States Bankruptcy Court for the Southern District of New York (the "Assigned Claim").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee and hereby waives, to the fullest extent permitted by law, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, title 11 of the United State Code, applicable Local Bankruptcy Rules and any other applicable law. Assignor acknowledges and understands, and hereby stipulates, that an Order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes including, without limitation, distribution purposes. Assignor directs that all payments on account of the Assigned Claim be made and delivered to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 31, 2016.

SELECT SHOWROOM

By: _____
Joseph Lionetti, President

Sworn to this 31st day of March 2016

_____
Notary Public, State of New York

HOLLY R. HOLECEK
Notary Public, State of New York
No. 02HO6317878
Qualified in Nassau County
Commission Expires January 12, 20 19

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: Kirtie Regan, Inc.
Case Number: 06-10468 (rdd)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Select Showroom

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Select Showroom
530 7th Avenue, Ste 3001
NY, NY 10018

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 212-768-9777

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated: _____

1. Basis for Claim
☐ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
     (date)         (date)

2. Date debt was incurred: January 2005

3. If court judgment, date obtained:

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ 88,873.89
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $88,873.89 _____ _____ $88,873.89
                                              (unsecured) (secured) (priority) (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 10/4/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_____ Justin M. Gehlhaus, Principal/Owner of Select Showroom

FILED 2006 OCT -5 A 11:59 U.S. BANKRUPTCY COURT S.D.N.Y.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Supporting Documents for Select Showroom

## Chapter 11 Bankruptcy of Kirtie Regan, Inc.—Case No. 06-10468

Pursuant to Item 9 of Official Form 10, Creditor Select Showroom submits the following documentation evidencing the contract and debt between Debtor Kirtie Regan Inc. and Creditor Select Showroom. Creditor has submitted a contract and a summary of the debt owed, as the order reports and invoices were too voluminous to produce with this filing. Detailed supporting documents are available upon request.

## Sales Agency Agreement

This agreement is between Select Agency and Kirtle Regan Inc.... ("the Company").

1. Representation. Select Agency shall be the Company's sales representative for the following line(s) of apparel and/or accessories sold by Company ("Products"):

Members Only Young Men's Fashion
Members Only Women's Fashion

(Please note: The Member's Only license is a non-transferable license, and the Company is the exclusive global holder of it.)

2. Territory. The territory ("Territory") will be:

a) The United States of America. Since we will be the only agency handling the fashion line (the Product"), the territory handled by other sales representatives not selling the fashion line is available for Select Agency Inc. to sell.

3. Term. The term of this Agreement shall begin on date of agreement and remain effective for one year. The close of this agreement shall be set at September 1, 2006. Select Agency and the Company can renew this contract at the close of said term, if sales goals are met within the Company's vision and direction (Appendix A).

4. Appointment. The duties of Select Agency under this Agreement will be to promote the sale of, and to solicit and secure order for, the Products in the Territory. Select Agency agrees to:

a.) use its best efforts to sell and promote the sale of the Products in the Territory and to abide by the Company's policies as they are communicated; (develop, establish and maintain relationships, while continually expanding the whole brand lifestyle, which includes, but is not limited to, the classic racer.)

b.) conduct its business in its own name;

c.) properly transmit all orders taken from its customers to the Company in accordance with the Company's business procedures as communicated by the Company to Select Agency; and

d.) communicate with the Company regarding market trends and client reactions to the various collections, by submitting weekly progress reports, selling reports from Department Stores, and feedback from customers.

e) Provide customer information for active Members Only accounts including buyers names, addresses, phone e-mail, Accounts Payable contact and EDI Contact.

Select Agency is not authorized to:

a.) make any purchases or incur any liabilities for or on behalf of the Company, obligate the Company in any matter or manner whatsoever without prior written consent of the Company, or represent that it has the authority to incur on the Company's behalf any obligations or liabilities other than those contained in this Agreement.

b.) approve any consignment deals.

5. Orders. All orders for the Products must be solicited on a standard order form supplied by the Company or approved by the Company at the prices, and subject to the terms and conditions including but not limited to payment terms, shipment terms and credit approval, which the Company at its sole and absolute discretion shall determine. Select Agency shall promptly transmit by telex, telefax, e-mail, or any other means including by standard U.S. Mail all orders for Products received.

Any and all orders shall be subject to acceptance or rejection by the Company. The Company agrees to discuss, debate, and dispute openly with Select Agency, acceptance of orders in whole or in part, and all other aspects of pricing, invoicing and shipment, but reserves the right to have final decision on such orders, as it pertains to the vision of the Company.

6. House Accounts. The Company agrees to hand over to Select Agency, all house accounts that fall into the distribution levels of Select Agency. Big and Tall customers, Outerwear and Regular men's will be treated by the Company as a separate channel of distribution and business, and with whomever the Company chooses, will sell to that channel.

*The Company agrees to not sell the same product carried by Select Agency to this separate business.

7. Samples. The Company shall provide Select Agency with all samples necessary for the promotion of the Products at the expense of the Company, for all showrooms. Select Agency may purchase any and all Samples at the cost of fifty percent (50%) of the then-current wholesale selling price for such Products as listed by the Company. All other samples not purchased will be returned to the Company at the end of the season or charged to Select at the above price.

(a.) The Company agrees to provide samples for trade exhibitions, road trips that interfere with market weeks and/or trade exhibitions, and additional public relations and marketing, if and only if, ample notice is given to the Company.

8. Compensation. As compensation for all of the services rendered pursuant to this Agreement, Select Agency shall receive the following "Commission" on the Net Sales of all Products sold and delivered in the Territory resulting from orders by customers in the territory during the Term of this Agreement. Commission shall be paid less deductions for Samples, as defined more particularly in Section 8(a) below:

(a) All Products of The Company:   Ten Percent (10%) Commission. The commission rate on discounted sales is to be determined on a sliding scale. Customer discounts and chargebacks due to the fault of the Company shall not be considered discounted sales for the purpose of the commission calculation.

For the purposes of this Agreement "Net Sales" shall mean the invoiced amount of the Products sold and delivered in the Territory from orders by customers in the territory, less actual credits for returns, refunds, regular trade discounts, credits or allowances, and uncollectible amounts, if any.

Select Agency is to be paid full commission on all orders that require a discount due to fault by The Company, that The Company received with accurately quoted delivery dates and pricing, that The Company shipped incorrectly, incomplete, or late.

Select Agency is to be paid 3% commission on all orders that The Company received, with accurately quoted delivery dates, and pricing, that are cancelled by the customer, due to the fault of The Company.

Commission shall be paid in the following manner:

a.) on the fifteenth of the month following collection by The Company. Therefore, any monies received by The Company, between the first of the month and the thirty first of the same, should be dispersed on the fifteenth of the following month.

Also, the Company agrees to pay to Select Agency a showroom participation fee in the amount of $2,000.00 per month total, for the two showrooms, east coast, and west coast. The amount of $6,000.00 for the Initial term has been paid by The Company. Should the Initial Term be renewed, a month to month showroom participation fee will be paid by the Company to Select Agency on the 25th of each month prior to the month it is for.

9. Trade Exhibitions. Select Agency may attend national and regional Trade Exhibitions to display and sell the Product. The Company agrees to reimburse these costs provided Select Agency receives prior written approval. The cost for design, construction, and maintenance of a custom booth for presentation purposes will also be paid for by the Company as long as Select Agency receives prior written approval by the Company.

10. Staffing. All sales and marketing personnel that work in the showrooms will be compensated by Select Agency.

11. Termination. Either party shall have the right to terminate this Agreement any time with or without cause upon ninety (90) days prior written notice.

Upon termination of this Agreement, the Company shall make delivery of all confirmed orders for Products and pay Select Agency the Commission due according to the terms of Section 8. (Excluding orders withheld due to credit reasons).

Also upon termination of this Agreement, all business information and supplies issued by the Company and in possession of Select Agency shall be promptly returned to the Company. All records pertaining to prices, Products and customers of the Company shall be treated as confidential property and trade secrets of the Company and shall be promptly returned together with all copies of same.

Should the Company terminate prior to the contracted time, Select Agency is to be paid the remaining balance of showroom participation fees, for the remainder of the contract. On commissions, Select Agency is to be paid on all open orders, at the time of separation.

12. Independent Contractors. The parties are independent contractors and nothing contained in this Agreement shall be construed to create a relationship of legal representative, partners, employer/employee or joint ventures between the parties.

13. Notices. All notices or other communications sent by Select Agency to the Company shall be in writing and, except for orders solicited as provided in Section 5, shall only be deemed valid and sufficient if delivered by personal service or dispatched by certified mail, receipt requested, in any post office, or if dispatched by telex or telefax, promptly confirmed by letter dispatched as above provided, to the Company's executive offices.

Either party shall give notice of its change of address in the manner set forth above. Notices and other communications under this Agreement shall be deemed to have been given on the day on which personally served or sent by telex or telefax or, if by certified mail, on the fifth (5th) day after being posted, or the date of actual receipt, whichever date is the earlier.

14. Governing Law. This Agreement and all matters pertaining to it shall be governed by the laws of the State of New York, excluding its provisions with respect to conflict of laws.

15. **Arbitration.** Any and all disputes, controversies and claims arising out of or relating to this Agreement or concerning the respective rights or obligations of the parties hereto shall be settled and determined by arbitration in New York City before a panel of three (3) arbitrators pursuant to the Commercial Rules then obtaining of the American Arbitration Association. The parties agree that the arbitrators shall have the power to award damages, injunctive relief and reasonable attorneys' fees and expenses to any party in such arbitration. The arbitration award shall be final and binding upon the parties and judgment thereon may be entered in any court having competent jurisdiction, including any court in New York County.

16. **Miscellaneous.** No provision of this Agreement may be changed or modified, nor may this Agreement be discharged in part or in whole, except by written agreement signed by both parties.

If any term, covenant or provision contained herein shall be invalid or illegal, such invalidity shall not impair, invalidate, or nullify the other provisions of this Agreement.

This Agreement constitutes the complete understanding between the parties with respect to the subject matter hereof, and supersedes all prior oral or written understandings and agreements relating to such subject matter. Neither party is acting in reliance upon any representation or guarantee, other than those explicitly provided for in the Agreement.

The failure of a party to insist upon strict adherence to any term of this Agreement on any occasion shall not be considered a waiver or deprive that party of the right to insist upon strict adherence to that term or any other term of this Agreement on any other occasion. Any waiver must be in writing.

If you accept the foregoing terms of agency representation, please sign the enclosed copy of this letter in the space provided for that purpose below.

We look forward to a profitable relationship with you.

Sincerely,

Select Agency, Inc.

By: _____

Name: Joseph M. Lionetti    Name: Justin M. Germaine

Date: August 25, 2005

Agreed and Accept – Kirtie Regan, Inc.

By: _____

Name: Kilopatic Dwhaj    Franklin Regan

Date: 8/25/05

C:\Documents and Settings\Joey Lionetti\Local Settings\Temporary Internet Files\OLKCD\Members Only Contract 8-22FINAL DRAFT.doc

SELECT SHOWROOM

EAST COAST: Existing

| ACCOUNT | CITY | ST | SQ3 |
|---|---|---|---|
| Boutique Onze | Montreal | Canada | 1600 |
| Lounge Canada | Toronto | Canada | 4000 |
| Three Monkeys | Montreal | Canada | 2000 |
| Richmond Classics | Dorset | England | 2000 |
| Base | Miami Beach | FL | 1000 |
| Surreys | Avenuta | FL | 6000 |
| Lous Mohawpar | Miami | FL | 1000 |
| Kullic | Medley | FL | 1200 |
| Balboa | Atlanta | GA | 2000 |
| Bill Hallman | Atlanta | GA | 2000 |
| Fabryk | Atlanta | GA | 1000 |
| Navy Blue | Atlanta | GA | 800 |
| Standard | Atlanta | GA | 1000 |
| Tippy Toes | Atlanta | GA | 1000 |
| E Street Denim | Highland Park | IL | 1000 |
| Porter Stevens | Metarie | LA | 1500 |
| TurnCoats Exchange | New Orleans | LA | 1500 |
| Faces of Earth | Northampton | MA | 500 |
| Jasmine Sola | Boston | MA | 2000 |
| Karmaloop | Boston | MA | 20000 |
| Skin Deep | Dartmouth | MA | 1200 |
| B Scene | Potomac | MD | 500 |
| Social Studies | Frederick | MD | 1050 |
| Velvet Lounge | Frederick | MD | 600 |
| Fashion Café | Dearborn | MI | 1000 |
| Edge of Urge | Wilmington | NC | 1000 |
| Big Up In8 | CreekKil | NJ | 5500 |
| Honey Comb Hideout | Landover Hills, MD | NJ | 3000 |
| Atrium | New York | NY | 2000 |
| Canal Jean | New York | NY | 10000 |
| Christopher's | New York | NY | 3000 |
| Classic Kicks | New York | NY | 1000 |
| Cymbeline | Staten Island | NY | 2500 |
| Underdog East | Brooklyn | NY | 1000 |
| Downtown (Walkabout) | Brooklyn | NY | 2000 |
| Fred Flare | Brooklyn | NY | 2000 |
| Girlshop.com | New York | NY | 2000 |
| Goliath | New York | NY | 1600 |
| Hollywood Sterz | West Nyack | NY | 1000 |
| Johnny Rocco | Brooklyn | NY | 1000 |
| Morris Brothers | New York | NY | 1500 |
| Norahs | East Hampton | NY | 800 |
| Poke Oot | New York | NY | 1200 |
| Probus | New York | NY | 1000 |
| Project 159 | New York | NY | 1000 |
| T.C. Menswear | East Hampton | NY | 1500 |
| The Closet NYC Inc | Staten Island | NY | 1000 |
| Trash and Vaudeville | New York | NY | 1000 |
| Untitled (NY) | New York | NY | 3000 |
| Zero Traders | New York-Distribute | NY | 3000 |
| Agent Aloha | Philadelphia | PA | 3500 |
| Charles Porter | Philadelphia | PA | 1000 |
| Kayton | Whitehall | PA | 800 |
| Kids at Heart | Livingston | PA | 1000 |
| Area 4Zero 1 | Providence | RI | 800 |
| Cobalt | Columbia | SC | 1200 |
| Abbie and Jessies | Brentwood | TN | 1000 |
| Lonsky Bros | Memphis | TN | 1000 |
| Funky Beet | Virginia Beach | VA | 800 |
| Need Supply | Richmond | VA | 500 |
| Herban Style | Burlington | VT | 800 |
| | | | 129300 |

By State
| | |
|---|---|
| International | 1 |
| Canada | 3 |
| FL | 4 |
| GA | 6 |
| IL | 1 |
| LA | 2 |
| MA | 4 |
| MD | 3 |
| MI | 1 |
| NC | 1 |
| NJ | 2 |
| NY | 9 |
| NYC | 13 |
| PA | 4 |
| RI | 1 |
| SC | 1 |
| TN | 2 |
| VA | 2 |
| VT | 1 |
| Total E.C | 61 |

8/25/06  8/25/05
8.25.05

SELECT SHOWROOM

# EAST COAST   Potential

| Target List | | | | Target List By State | |
|---|---|---|---|---|---|
| BLACK & KHAKI | MADISON | CT | 800 | CT | 2 |
| BOTTEGA GUILIANA | NEW HAVEN | CT | 800 | DC | 2 |
| RELISH | WASHINGTON | DC | 800 | DE | 2 |
| POP SHOP | WASHINGTON | DC | 800 | FL | 6 |
| SALTWATER COWGIRL | REHOBOTH | DE | 1200 | GA | 3 |
| FLAVOR DE | WILMINGTON | DE | 800 | IL | 7 |
| COOL SHOP | MIAMI | FL | 1200 | IN | 2 |
| SHOP 803 | FT LAUDERDALE | FL | 1200 | LA | 3 |
| TROPICAL TRADING | KEY WEST | FL | 1200 | KY | 3 |
| STALKI | ORLANDO | FL | 800 | MA | 5 |
| GALAXY | MIAMI | FL | 800 | MD | 3 |
| SHOE GALLERY | MIAMI | FL | 1200 | MI | 4 |
| STANDARD | FARSHAD | GA | 1500 | NC | 4 |
| VOUS BTQ | ATLANTA | GA | 1000 | NJ | 7 |
| WISH | ATLANTA | GA | 1000 | NY | 11 |
| NV | BARINGTON | IL | 800 | NYC | 3 |
| FUTURGARB | CHICAGO | IL | 1000 | OH | 2 |
| MARK SHALE | OAKBROOK | IL | 1000 | PA | 4 |
| CRAZY CARGO | HIGHLAND PARK | IL | 1000 | RI | 1 |
| BELMONT ARMY | CHICAGO | IL | 1000 | SC | 1 |
| ACTIVE ENDEAVORS | CHICAGO | IL | 1200 | VA | 2 |
| JAKE | CHICAGO | IL | 1000 | WI | 2 |
| SOLIS STYLE | WARSAW | IN | 1000 | Total E.C | 80 |
| FRANKEYS | INDIANPOLIS | IN | 1000 | | |
| ISLE OF YOU | LEXINGTON | KY | 800 | | |
| STATUS | NEWPORT | KY | 800 | | |
| BOMBSHELLS | LOUISVILLE | KY | 800 | | |
| RED LATERN | NEW ORLEANS | LA | 800 | | |
| FUNKEY MONKEY | NEW ORLEANS | LA | 800 | | |
| JEAN THERAPY | NEW ORLEANS | LA | 800 | | |
| NATIONAL JEAN | NEWTON | MA | 800 | | |
| THOM BROWN | BOSTON | MA | 800 | | |
| TANNERY | BOSTON | MA | 1500 | | |
| MOTLEY | BOSTON | MA | 1000 | | |
| PLUTO | BOSTON | MA | 1000 | | |
| ZANNA INC | AMHERST | MA | 800 | | |
| 50 WEST BOARDSHOP | OCEAN CITY | MD | 1000 | | |
| HMS HOST | BETHESDA | MD | 2000 | | |
| BSCENE | POTOMAC | MD | 800 | | |
| ONE STAR CLOTHING | GRANDVALE | MI | 800 | | |
| CARUSO CARUSO | BIRMINGHAM | MI | 1000 | | |
| HOUSE OF CHANTS | FERNDALE | MI | 800 | | |
| INCOGNITO | ROYAL OAK | MI | 800 | | |
| NULA | CHARLESTON | NC | 800 | | |
| BUDDHA'S BELLY | RALIEGH | NC | 800 | | |
| CIVILIAN BIRKDALE | HUNTSVILLE | NC | 800 | | |
| WARDROBE | RALIEGH | NC | 800 | | |
| 550 SOUTH | LIVINGSTON | NJ | 1000 | | |
| ZOE | PRINCETON | NJ | 1000 | | |
| ROMAN BOUTIQUE | WESTFIELD | NJ | 800 | | |
| FUNK AND STANDARD | RED BANK | NJ | 1500 | | |
| COHOES | BURLINGTON | NJ | 2000 | | |
| CRUISIN | ALAN | NJ | 1000 | | |
| GARMANY | HAZLET | NJ | 800 | | |
| KRUDMART | N.TONAWANDA | NY | 800 | | |
| BWILD | BELLMORE | NY | 2000 | | |
| BLUE AND CREAM | EAST HAMPTON | NY | 1000 | | |
| FLAIR HOUSE | FIRE ISLAND | NY | 800 | | |
| A STEP APART | ROCHESTER | NY | 1000 | | |
| WATTS ON SMITH | BROOKLYN | NY | 1000 | | |
| N7 | BROOKLYN | NY | 1000 | | |
| TWWC | WILLIAMSVILLE | NY | 1000 | | |
| STARTING LINE | NEW YORK | NY | 1000 | | |
| MAX AND GINOS | HEWLETT | NY | 800 | | |
| PARAGON | NEW YORK | NY | 1000 | | |
| GERRY'S MENSWEAR | NEW YORK | NY | 800 | | |
| MEN-TALITY | PITTSFORD | NY | 800 | | |
| SILVER BOX | ASTORIA | NY | 800 | | |
| NABICI | CLEVELAND | OH | 800 | | |
| SUKI | CINCINNATI | OH | 800 | | |
| USIQ | PHILADELPHIA | PA | 1000 | | |
| FUSION | PHILADELPHIA | PA | 1000 | | |
| DENIM AND CO | MANYANUK | PA | 800 | | |
| JAKE AND MABEL | PITTSBURG | PA | 800 | | |
| LAURA JEAN | PROVIDENCE | RI | 800 | | |
| SWORN | GREENVILLE | SC | 1000 | | |
| DENIM BAR | ARLINGTON | VA | 1000 | | |
| INDUSTRY | CHARLOTTESVILLE | VA | 800 | | |
| DETOUR | MILWAUKEE | WI | 1200 | | |
| MODA 3 | MILWAUKEE | WI | 1200 | | |
| | | | 72300 | | |

*signatures: 8/25/05, 8/26/06, 8.25.05*

1/31/2006 14:07    12127689696    SELECT SHOWROOM    PAGE    08

## DEPARTMENT STORE PROJECTIONS

| ACTIVE ACCOUNTS | | TARGET LIST | |
|---|---|---|---|
| MCE MENS | $70,000.00 | MCC MENS | $5,000.00 |
| MCW MENS | $25,000.00 | MCNW MENS | $5,000.00 |
| MCF MENS | $20,000.00 | | |
| **TOTAL FEDERATED MEN'S** | **$115,000.00** | | **$10,000.00** |
| MCE WOMEN'S | $15,000.00 | MCW WOMEN'S | $5,000.00 |
| | | MCF WOMEN'S | $5,000.00 |
| | | MCC WOMEN'S | $5,000.00 |
| **TOTAL FEDERATED WOMEN'S** | **$15,000.00** | | **$15,000.00** |
| NORDSTROM SC RAIL | $10,000.00 | NORDSTROM EC RAIL | $5,000.00 |
| NORDSTROM SO RAIL | $10,000.00 | NORDSTROM NW RAIL | $5,000.00 |
| NORDSTROM NC RAIL | $15,000.00 | | |
| NORDSTROM MW RAIL | $15,000.00 | | |
| NORDSTROM DIRECT RAIL | $15,000.00 | | |
| **TOTAL NORDSTROM RAIL** | **$65,000.00** | | **$10,000.00** |
| | | NORDSTROM SC TBD | $10,000.00 |
| | | NORDSTROM SO TBD | $10,000.00 |
| | | NORDSTROM MW TBD | $10,000.00 |
| | | NORDSTROM EC TBD | $5,000.00 |
| | | NORDSTROM NC TBD | $5,000.00 |
| **TOTAL NORDSTROM TBD** | | | **$40,000.00** |
| METROPARK | $15,000.00 | DELIA'S | $10,000.00 |
| UATW | $10,000.00 | PACSUN | $10,000.00 |
| URBAN OUTFITTERS | $15,000.00 | BUCKLE | $10,000.00 |
| URBAN DIRECT | $10,000.00 | MARSHALL FIELDS | $10,000.00 |
| UNITED ARROWS | $30,000.00 | VON MAUR | $5,000.00 |
| | | NEWBURY COMICS | $5,000.00 |
| | | SIMONS | $10,000.00 |
| | | ZUMIEZ | $5,000.00 |
| **ALL OTHER ACCOUNTS TOTAL** | **$80,000.00** | | **$65,000.00** |
| **TOTAL ACTIVE ACCOUNTS** | **$275,000.00** | **TOTAL TARGET ACCOUNTS** | **$140,000.00** |

| **TOTAL ACTIVE & TARGET** | **$415,000.00** |

8.25.05 JF

8/25/07

SELECT SHOWROOM

# Members Only

| Target Accounts West Coast | California | |
|---|---|---|
| H.Lorenzo | LA,CA | 800 |
| Fred Segal Man | LA,CA | 1000 |
| Rolo | San Francisco,CA | 800 |
| Villians Vault | San Francisco,CA | 800 |
| Politix | LA,CA | 800 |
| Kaviar & Kind | West LA,CA | 800 |
| Tracey Ross | LA,CA | 800 |
| Belle Gray | Sherman Oaks,Ca | 800 |
| Tryst | Studio City,CA | 800 |
| Ron Herman | LA,CA | 800 |
| Planet Americana | Santa Monica,CA | 800 |
| Traffic | LA,CA | 800 |
| Mileage Clothing | San Diego,CA | 800 |
| Anonymous | LA,CA | 800 |
| At Will | Torrence, CA | 800 |
| Blu Boutique | Palm Springs,CA | 800 |
| Black & Blue | LA,CA | 800 |
| Blue Windows | Long Beach,CA | 800 |
| Concord Moon | LA,CA | 800 |
| Dee Lux | Riverside,CA | 800 |
| Dream Girl | San Diego,CA | 800 |
| Futura/Bear Basics | Berkeley,CA | 800 |
| The Giant Peach | Oakland,CA | 800 |
| Ignition | Valencia,CA | 800 |
| Injeanious | San Francisco,CA | 800 |
| In -Transit Design | Garden Grove,CA | 800 |
| Jack's | Hunnington Beach,CA | 800 |
| Klarissa Cantrell | San Diego,CA | 800 |
| Maccaulous | Berkeley,CA | 800 |
| Midnite Sun | Santa Barbara,CA | 800 |
| Nishizawa USA | Torrence, CA | 1500 |
| Orange Point | Torrence, CA | 1500 |
| Plant Funk | LA,CA | 800 |
| Razzmatazz | San Diego,CA | 800 |
| Rebel Sports | Riverside,CA | 800 |
| Room Service | LA,CA | 800 |
| Twist | Santa Monica,CA | 800 |
| Yellow Kiss | San Luis Obispo,CA | 800 |
| Scott & CO | LA,CA | 800 |
| Dungarees | LA,CA | 800 |
| Rain USA | Mayfeild,CA | 800 |
| SOHO | LA,CA | 800 |
| American Rag | LA,CA | 800 |
| Milky | Torrence, CA | 1000 |
| | Colorado | |
| Bottom Drawer | Durango, Co | 800 |
| Imi Jimi | Denver,CO | 1000 |
| Roxy | Vail, CO | 800 |
| Polar Revolution | Aspen, Co | 800 |
| Pitkin County Dry Goods | Aspen, Co | 800 |
| Goods | Breckenridge, Co | 800 |
| Decades | Denver,CO | 800 |
| The Garment District | Denver,CO | 800 |

SELECT SHOWROOM

| | | |
|---|---|---|
| Isthmus | Denver, CO | 800 |
| Kye | Denver, CO | 800 |
| Big City Blues | Breckenridge, Co | 800 |
| Alternative Edge | Vail, CO | 800 |
| Idoru | Colorado Spring, Co | 800 |
| HUB | Denver, CO | 1000 |
| Stars Clothing | Boulder, CO | 800 |

**Washington**

| | | |
|---|---|---|
| Sway | Seattle, WA | 800 |
| Bliss | Seattle, WA | 800 |
| Louis Boutique | Walla Walla, WA | 800 |
| Blue Moon | Chelan, Wa | 800 |
| Swains | Port Angeles, WA | 800 |
| Paris Texas | Bellingham, WA | 800 |
| Kennedy and Kate | Brainbridge, WA | 800 |
| Zebra club | Kent, WA | 800 |

**Arizona**

| | | |
|---|---|---|
| Sage Brusher Traders | Flagstaff, Az | 1000 |
| Swell | Tempe, AZ | 800 |
| Unique on Central | Phoenix, Az | 800 |
| Isthmus | Lake Havasu, Az | 800 |
| Hub | Scottsdale, Az | 1000 |
| 42 Saints | Scottsdale, Az | 800 |
| Electric Lady | Scottsdale, Az | 800 |
| Arizona General Store | Scottsdale, Az | 800 |
| B Shique | Glendale, AZ | 800 |
| Vibe | Queen Creek, AZ | 800 |
| Blush | Paradise Valley, Az | 800 |
| Zoe | Tuscon, AZ | 800 |

**Nevada**

| | | |
|---|---|---|
| Vintage | Las Vegas, NV | 800 |
| Rage | Las Vegas, NV | 800 |
| Glam | Las Vegas, NV | 800 |
| Stash | Las Vegas, NV | 800 |
| Vertical Menwear | Reno, NV | 800 |
| Musette | Las Vegas, NV | 800 |
| Boro 51 | Las Vegas, NV | 800 |
| Still High Post | Las Vegas, NV | 800 |

**Utah**

| | | |
|---|---|---|
| Bastille | Salt Lake City, UT | 800 |
| Cole Sport | Park City, UT | 800 |
| Chalk Garden | Salt Lake City, UT | 800 |
| Something to Crow | Payson, UT | 800 |
| Mary Janes | Salt Lake City, UT | 800 |
| Foxtrot | Salt Lake City, UT | 800 |

**Alaska**

| | | |
|---|---|---|
| EAST WEST | Anchorage, AK | 800 |

**Hawaii**

| | | |
|---|---|---|
| Flip Side | Honolulu, HI | 800 |
| Silver Star | Honolulu, HI | 800 |

SELECT SHOWROOM

| Store | Location | |
|---|---|---|
| ...glow o... | Kailu-Kona, HI | 800 |
| ...All Good | Kamuela, HI | 800 |
| Tra Art | Honolulu, HI | 800 |
| Body and Soul | Honolulu, HI | 800 |
| Pineapple County | Honolulu, HI | 800 |
| Island Snow | Kailu-Kona, HI | 800 |
| Town and Country | Alea, HI | 800 |
| Aloha Rag | Honolulu, HI | 800 |
| Urban Tactix | Honolulu, HI | 800 |

### Idaho

| Store | Location | |
|---|---|---|
| Boca Mountain | Ketchum, ID | |
| Funktion | Boise, ID | 800 |
| Form | Boise, ID | 800 |
| Demarcos | Idaho Falls, ID | 800 |
| Sun Valley Boutique | Ketchum, ID | 800 |
| Palmer Cash | Boise, ID | 800 |
| | | 800 |

### Minnesota

| Store | Location | |
|---|---|---|
| Gabriela;s | Minneapolis, MN | |
| Exile on Harmon | Minneapolis, MN | 800 |
| Bibelots Shops | St Paul, MN | 800 |
| The Classic | Moorhead, MN | 800 |
| In Toto | Minneapolis, MN | 800 |
| Len Druskin | Edina, MN | 800 |
| Heartbreaker | Minneapolis, MN | 1200 |
| C&C Enterprise | New Brighton, MN | 800 |
| | | 1200 |

### Missouri

| Store | Location | |
|---|---|---|
| Revue | Kansas City, MO | |
| Blues | St Louis, MO | 800 |
| Halls | Kansas City, MO | 800 |
| Splash | Chesterfield, MO | 800 |
| The Bunker | Kansas City, MO | 1200 |
| Mister Guy for Women | Frontenac, MO | 800 |
| Crush | Chesterfield, MO | 800 |
| Two Doors Down | Springfield, MO | 800 |
| | | 800 |

### Montana

| Store | Location | |
|---|---|---|
| Rock Gear | Billings, MT | |
| The Venue | Great Falls, MT | 800 |
| | | 800 |

### Nebraska

| Store | Location | |
|---|---|---|
| Barret Reed | Omaha, NE | |
| Hitchin Post | Lincoln, NE | 800 |
| Back Woods | Kearney, NE | 800 |
| Nouvelle Eve | Omaha, NE | 800 |
| Homers | Omaha, NE | 800 |
| New World Gear | Omaha, NE | 800 |
| | | 800 |

### New Mexico

| Store | Location | |
|---|---|---|
| Jack Flash | Albuqurque, NM | |
| Dust in the Wind | Santa Fe, NM | 800 |
| Wildlife | Taos, NM | 800 |
| Retrospect | Santa Fe, NM | 800 |
| Aqui Nob Hill | Albuqurque, NM | 800 |
| Mira | Santa Fe, NM | 1200 |
| | | 800 |

### Oklahoma

SELECTED SHOWROOM

| Store | Location | Amount |
|---|---|---|
| arcy and Abby | Oklahoma City, OK | 800 |
| Allyson's Closet | Edmond, OK | 800 |
| Cherry Bomb | Oklahoma City, OK | 800 |
| Cayman's | Tulsa, OK | 800 |
| The Rage | Norman, OK | 800 |
| Shek | Ardmore, OK | 1500 |
|  | Oklahoma City, OK | 800 |

**Arkansas**

| Store | Location | Amount |
|---|---|---|
| Baumans Mens Shop | Little Rock, AR |  |
| RK Collection | Little Rock, AR | 800 |
| Soho Clothiers | Rogers, AR | 1200 |
| Pinky Punky | Little Rock, AR | 800 |
| Mason's | Fayetteville, AR | 600 |
|  |  | 1200 |

**Oregon**

| Store | Location | Amount |
|---|---|---|
| Dress Code | Portland, OR | 800 |
| Blade PDX | Portland, OR | 800 |
| Mario's | Portland, OR | 800 |
| Lit | Portland, OR | 800 |
| Local Joe | Bend, OR | 800 |
| Frolick | Hood River, OR | 800 |
| CoolestShop.com | Eugene, OR | 800 |
| Common Threads | Sisters, OR | 800 |
| Red Berry | McMinnville, OR | 1200 |
| Moxmar | Medford, OR | 800 |
| Papillion Rouge on Main | Medford, OR | 800 |

**South Dakota**

| Store | Location | Amount |
|---|---|---|
| The Clothing Co | Heron, SD | 800 |

**Texas**

| Store | Location | Amount |
|---|---|---|
| Flipside Clothing | MCAllen, TX | 800 |
| Back Pocket | Austin, TX | 800 |
| Fast Forward | Forthworth, TX | 800 |
| Service Menswear | Austin, TX | 800 |
| Cat's Meow | Beaumont, TX | 800 |
| Ken's Mans Shop | Dallas, TX | 800 |
| Giada Rocco | Austin, TX | 800 |
| Trappings | MCAllen, TX | 800 |
| Outline | Dallas, TX | 800 |
| Octane | Dallas, TX | 800 |
| Cotton Club | Houston, TX | 800 |
| Krimson and Klover | Dallas, TX | 800 |
| Elements | Dallas, TX | 800 |
| Get with It | Houston, TX | 800 |
| Root | Fredericksburg, TX | 800 |
| Jeans Couture | Houston, TX | 800 |
| Luxe | Austin, TX | 800 |
| Vylette | Austin, TX | 800 |
| Jezebel's | Austin, TX | 800 |
| Factory People | Austin, TX | 800 |
| VIP Clothing | Longview, TX | 800 |
| Symbol | San Antonio, TX | 800 |
| Cotton Island | Dallas, TX | 800 |
| Buison | Dallas, TX | 800 |
| Stanley Korshak | Dallas, TX | 800 |
| Tootsies Highland Village | Houston, TX | 800 |
| Shiki | Austin, TX | 800 |
| Byzantine | Dallas, TX | 800 |
| Therapy | Austin, TX | 800 |
| Chrome | Lubbuck, TX | 800 |
| Flipnotics | Austin, TX | 800 |
| Seville | El Paso, TX | 800 |
| The Cage | San Antonio, TX | 800 |
| Upstairs | Austin, TX | 800 |

| | SELECT SHOWROOM | |
|---|---|---|
| | | 800 |
| | **Wyoming** | |
| Dinah | Jackson Hole, WY | 800 |
| Over the Moon | Sheridan, WY | 800 |
| Charley's | Jackson Hole, WY | 800 |
| | **North Dakota** | |
| Young America | Mindt, ND | 800 |
| | **Kansas** | |
| Aspen Traders | Wichita, KS | 800 |
| Britches Clothing | Lawrence, KS | 800 |
| Brooklyn Fashions | Olathe, KS | 800 |
| Yonco | Overland Park, KS | 800 |
| Standard Style Boutique | Leawood, KS | 1200 |
| | Total new | 173700 |

# 7

## Active Accounts West Coast — SELECT SHOWROOM — Members Only

### California

| Store | City | Amount |
|---|---|---|
| Kitson | LA, CA | 2000 |
| Metropolis | Culver, City | 1500 |
| Active Ride Shop | Ontario, CA | 800 |
| Alpha | LA, CA | 800 |
| Backyard Boogie | Riverside, CA | 1000 |
| Barkley Hope | Santa Monica, CA | 800 |
| Sun Diego | Carlsbad, CA | 1000 |
| Boardwalk | Yorba Linda, CA | 800 |
| Body | Encino, CA | 800 |
| Blue Bee | Santa Barbara, CA | 800 |
| Classiques | Long Beach, CA | 1000 |
| Dick & Jane | Paso Robles, CA | 800 |
| Dirty Laundry | Burlingame, Ca | 800 |
| Hip Hop Connections | Paramount, CA | 800 |
| Intuition | Culver, City | 1500 |
| LA Fairchild | Cardiff, CA | 1000 |
| M. Fredrick | Agoura Hills, CA | 1000 |
| Lisa Kline | LA, CA | 1500 |
| Matti D. | Del Mar, CA | 1000 |
| Meg Company | Hermosa Beach, CA | 1000 |
| Michael Ryan | Studio City, CA | 1500 |
| Muse | Laguna Beach, CA | 1000 |
| Paliskates | Pacific Palisades, CA | 1000 |
| Presto Company | Torrence, CA | 1000 |
| Pure | Irvine, CA | 1000 |
| Revolt | Chino, Ca | 1000 |
| Revolve Clothing | Cerritos, CA | 1500 |
| Sharon Segal | Santa Monica, CA | 1000 |
| Subject Matter | Coasta Mesa, Ca | 1000 |
| The Space Between | Fresno, CA | 1000 |
| Top Hills | Torrence, CA | 1000 |
| Topwin | Torrence, CA | 3000 |
| Triple 7 Records | Santa Monica, CA | 2000 |
| True Clothing | San Francisco, CA | 1000 |
| The River | San Diego, CA | 1200 |
| Yellow Kiss | San Luis Obispo, Ca | 1000 |

### Arkansas

| Store | City | Amount |
|---|---|---|
| EM Jeans | Conway, AR | 1500 |

### Washington

| Store | City | Amount |
|---|---|---|
| Wild West | Seattle, WA | 1200 |

### Utah

| Store | City | Amount |
|---|---|---|
| What's Hot | Provo, UT | 1200 |

### Minnesota

| Store | City | Amount |
|---|---|---|
| Josi Wert Wert | Minneapolis, MN | 1500 |

### Montana

| Store | City | Amount |
|---|---|---|
| Vyruka | Bozeman, UT | 1200 |

### Hawaii

| Store | City | Amount |
|---|---|---|
| 88 Tee's | Honolulu, HI | 1200 |

8.25.05

| Account | Location | City | Amount |
|---|---|---|---|
| upset Cornelius | Wisconsin | Madison, WI | 1200 |
| Bblaze | Missouri | Kansas City, MO | 1500 |
| Town And Country | | Springfield, MO | 1200 |
| Epic Apparel | Kansas | Whichita, KS | 1500 |
| Ego In Wear Shop | Other | Singapore | 5000 |
| Raya | | Vancover, BC | 1200 |
| | | Total Active accounts | 60300 |

| 2005 | JAN | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPT | OCT |
|---|---|---|---|---|---|---|---|---|---|---|
| PAID | $0.00 | $0.00 | $0.00 | $15,000.00 | $7,196.00 | $14,126.00 | $0.00 | $0.00 | $4,632.50 | $3,285.16 |
| SALES | $554,139.00 | $165,601.00 | $133,164.50 | $44,137.50 | $35,291.50 | $73,280.00 | $95,847.74 | $224,793.22 | $73,640.00 | $40,013.00 |

TOTAL OWED 10% OF SALES    $145,569.29

PAID 2005    $48,617.87
PAID 2006    $8,077.53

TOTAL OUTSTANDING    $88,873.89

Monies Owed To Select Showroom

Case Number 06-10468

| 2006 | JAN | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPT | OCT | N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMISSION PAID | $0.00 | $6,981.33 | $0.00 | $0.00 | $0.00 | $1,096.20 | $0.00 | $0.00 | $0.00 | $0.00 | |
| SALES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |